**DISMISS and Opinion Filed July 25, 2019.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-00756-CV

### IN RE ALEX NEAL, Relator

**Original Proceeding from the 296th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 199-83919-2018**

## MEMORANDUM OPINION

Before Justices Whitehill, Partida-Kipness, and Pedersen, III
Opinion by Justice Partida-Kipness

Alex Neal has filed an original application for writ of habeas corpus in this Court challenging his conviction for attempted obstruction or retaliation. We do not have jurisdiction to consider an original application for writ of habeas corpus filed in a criminal proceeding. *See* TEX. CODE CRIM. PROC. ANN. art. 11.05; TEX. GOV'T CODE ANN. § 22.221(d); *In re Ayers*, 515 S.W.3d 356, 356–57 (Tex. App.—Houston [14th Dist.] 2016, orig. proceeding) (per curiam).

Accordingly, we dismiss the appeal for want of jurisdiction.

/Robbie Partida-Kipness/
ROBBIE PARTIDA-KIPNESS
JUSTICE

190756F.P05